UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN EDWARD NANCE,

          Plaintiff,

   v.

THE BOEING COMPANY,

          Defendant.

CASE NO. 18-988 RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 5th day of July, 2018.

                                                          BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge