Pro Se 4 2016

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        JUL 03 2018          CA

            AT SEATTLE
     CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

18-CV-00988 RSM

Benjamin E Nance

_____,

Plaintiff(s),

v.

The Boeing Co.

_____,

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT**
(28 U.S.C. § 1332; Diversity of Citizenship)

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Benjamin E Nance |
| Street Address | 1203 SW 157th ST |
| City and County | BURIEN  KING |
| State and Zip Code | Washington 98166 |
| Telephone Number | 2064840376  2063008670 |

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 1

Pro Se 4 2016

B.   Defendant(s)

   *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

   Defendant No. 1

   | | |
   |---|---|
   | Name | The Boeing Company |
   | Job or Title *(if known)* | |
   | Street Address | 100 North Riverside |
   | City and County | ~~Pierce~~ Chicago |
   | State and Zip Code | Illinois |
   | Telephone Number | |

   Defendant No. 2

   Name
   Job or Title *(if known)*
   Street Address
   City and County
   State and Zip Code
   Telephone Number

   Defendant No. 3

   Name
   Job or Title *(if known)*
   Street Address
   City and County
   State and Zip Code
   Telephone Number

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 2

Pro Se 4 2016

Defendant No. 4

    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☒ Federal question               ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC 1582

Pro Se 4 2016

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (name) **Benjamin E Nance**, is a citizen of the State of (name) **Washington**.

        b. If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2. The Defendant(s)

        a. If the defendant is an individual.

The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

        b. If the defendant is a corporation.

The defendant, (name) **The Boeing Co**, is incorporated under the laws of the State of (name) **Illinois**, and has its principal place of business in the State of (name) **Illinois**.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 4

Pro Se 4 2016

### III. THE AMOUNT IN CONTROVERSY

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

Original duration of contract agreed upon - 180 days July 2016
Terms were exploited

### IV. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

The plaintiff, (*name*) Benjamin Nance, and the defendant, (*name*) Boeing Co, made an agreement or contract on (*date*) July 1 2016. The agreement or contract was (*oral or written*) oral. Under that agreement or contract, the parties were required to (*specify what the agreement or contract required each party to do*). I was to be given information requested along with desired form of restitution after 180 days. Boeing could continue its research project & keep me involved as long as revisions to the contract were made at their request without issue & my knowledge

The defendant failed to comply because (*specify what the defendant did or failed to do that failed to comply with what the agreement or contract required*).

The 180 days passed, No information was brought to me. No restitution, & ~~its seeking same fee~~

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 5

Pro Se 4 2016

The plaintiff has complied with the plaintiff's obligations under the contract.

## V.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Information on communications from 2017 involving WLAN network in my neighborhood

## VI.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  July 3, 2018

Signature of Plaintiff  *[signature]*

Printed Name of Plaintiff  Benjamin Nance

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 6

*Pro Se 4 2016*

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

COMPLAINT FOR A CIVIL CASE ALLEGING BREACH
OF CONTRACT - 7

18-CV-00988 rsm

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western _____ DISTRICT OF __Washington__

### EXHIBIT AND WITNESS LIST

V.

Case Number:

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY Benjamin E Nanee | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | Lenovo 80x Laptop | |
| | | | | | ~~[scribbled out]~~ | |
| | | | | | Dennis Mullenberg | |
| | | | | | Dick Mulberg | |
| | | | | | Donald J Trump | |
| | | | | | Robert Deihl | |
| | | | | | Gina Haspel | |
| | | | | | ~~[scribbled out]~~ | |

____ FILED  ____ ENTERED
____ LODGED ____ RECEIVED

JUL 03 2018  CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages